IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANNETTE MITCHELL, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV418-051
 )
WELLS FARGO BANK N.A. d/b/a )
WELLS FARGO DEALER SERVICES, )
 )
    Defendant. )
 )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 4th day of September 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA